IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ZITOVAULT, LLC, | § |
| | §  Civil Action No. 6:15-cv-906 |
| Plaintiff, | § |
| | §  Judge Rodney Gilstrap |
| v. | § |
| | §  **JURY TRIAL DEMANDED** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and SOFTLAYER TECHNOLOGIES, INC., | § |
| | § |
| Defendants. | § |

**UNOPPOSED MOTION TO TRANSFER TO
THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

Pursuant to 28 U.S.C. § 1404(a), Defendants International Business Machines Corporation ("IBM") and SoftLayer Technologies, Inc. ("SoftLayer") (collectively, "Defendants") move to transfer this case to the Northern District of Texas, Dallas Division ("Northern District"). Plaintiff ZitoVault, LLC ("ZitoVault") does not oppose this motion.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ." 28 U.S.C. § 1404(a). "[A] civil action for patent infringement may be brought in the judicial district where the defendant resides . . . ." 28 U.S.C. § 1400(b). Here, SoftLayer designed and developed technologies that ZitoVault alleges are relevant to this case in the Northern District, and IBM—in connection with its Bluemix-marketed products—uses SoftLayer's Dallas datacenters, which incorporate these technologies, to host customer applications. Accordingly, both IBM and SoftLayer have purposefully directed activities to the

1

Northern District, are subject to personal jurisdiction there, and this action could have been brought there. *Burger King Corp. v. Rudzwicz*, 471 U.S. 462, 476 (1985).  Transfer would therefore be proper.

Defendants also contend that the convenience factors weigh in favor of transfer because the majority of SoftLayer's relevant evidence is located at its headquarters in the Northern District (in Dallas) and because nearly all of SoftLayer's potential witnesses work in SoftLayer's headquarters in that district.  In addition, Defendants contend that IBM's sources of proof are more easily accessed from the Northern District and that the Northern District is more convenient for IBM's potential witnesses.  Finally, Defendants contend that the residents of the Northern District have a particularized interest in the subject matter of this lawsuit because, *inter alia*, SoftLayer is headquartered there in Dallas, developed the majority of the technology at issue there, and employs a large number of people residing there.

Further, this Court recently transferred another case filed by ZitoVault out of the Eastern District of Texas where ZitoVault asserted the same patent also at issue in this case.  *ZitoVault, LLC v. Amazon.Com, Inc.*, Case No. 6:15-cv-152, Dkt. No. 72 (E.D. Tex. Dec. 7, 2015).

ZitoVault's position is that the Eastern District is both a proper and convenient venue and that the Northern District of Texas is not a clearly more convenient forum, but in the interests of compromise and to reduce expense and burden on the Court, ZitoVault does not oppose Defendants' motion to transfer venue to the Northern District.

For the foregoing reasons, Defendants respectfully request that, pursuant to 28 U.S.C. § 1404(a), the Court grant their unopposed motion to transfer this action to the Northern District of Texas.

A proposed order is submitted herewith.

DATED:  March 11, 2016	Respectfully submitted,

By:  */s/ Alexander Rudis*
J. Mark Mann (State Bar No. 12926150)
State Bar No. 12926150
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
Tel: (903) 657-8540
Fax: (903) 657-6003
Mark@TheMannFirm.com

Charles K. Verhoeven
California State Bar No. 170151
Admitted in E.D. Tex.
Melissa J. Baily
California State Bar No. 237649
Admitted in E.D. Tex.
Andrew M. Holmes
California State Bar No. 260475
Admitted in E.D. Tex.
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Alexander Rudis
New York State Bar No. 4232591
Admitted in E.D. Tex.
John T. McKee
New York State Bar No. 4906566
Admitted in E.D. Tex.
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Ave.
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendants International Business Machines Corporation and SoftLayer Technologies, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 11th day of March, 2016.

                                        /s/ Alexander Rudis
                                        Alexander Rudis


**CERTIFICATE OF CONFERENCE**

I certify that I (counsel for Defendants) have conferred in good faith with ZitoVault's counsel, Hamad M. Hamad, to resolve the dispute raised in this motion. On March 2, 2016, I was informed by Mr. Hamad that ZitoVault does not oppose Defendants' Motion to Transfer Venue to the Northern District of Texas, Dallas Division.

                                        /s/ Alexander Rudis
                                        Alexander Rudis